UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:

**ARELIS RIVERA BARBOSA**

DEBTOR(S)

CASE NO.: **19-03597-ESL**

CHAPTER.: **13**

## NOTICE OF FILING AMENDED SCHEDULE J

TO THE HONORABLE COURT:

**COME NOW,** Debtor represented by the undersigned attorney and respectfully informs the filing of the following amendment:

**AMENDED SCHEDULE J – CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)**

Debtor also inform that the purpose of the amendment is to:

**We HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF Filing System which will send a notification, upon information and belief, of such filing to the followings: CHAPTER 7 TRUSTEE AND THE UNITED STATES TRUSTEE. We also hereby certify that this same date we have mailed by United States Postal Service the document to all creditors and parties in interest as per attached master address list.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico this 24TH day of July of 2019.

/S/Victor C. Thomas Santiago
USDC PR 209807
127 De Diego Avenue
Cond. Vallecillo Apt. 1-A
San Juan, Puerto Rico 00911
Tel. (787) 722-5601
Fax (787) 724-6366
e-mail:vthomas@thomasmag.com

**Fill in this information to identify your case:**

Debtor 1: ARELIS MILAGROS RIVERA BARBOSA

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO

Case number (If known): 19-03597

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:
_____ MM / DD / YYYY

# Official Form 106J
## Schedule J: Your Expenses    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
       ☐ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**   ☐ No

   Do not list Debtor 1 and Debtor 2.   ■ Yes. Fill out this information for each dependent..............

   Do not state the dependents names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Daughter | 20 | ☐ No ■ Yes |
   |  |  | ☐ No ☐ Yes |
   |  |  | ☐ No ☐ Yes |
   |  |  | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.   4. $    850.00

   If not included in line 4:
   4a. Real estate taxes                                   4a. $    0.00
   4b. Property, homeowner's, or renter's insurance        4b. $    0.00
   4c. Home maintenance, repair, and upkeep expenses       4c. $    98.00
   4d. Homeowner's association or condominium dues         4d. $    0.00
5. Additional mortgage payments for your residence, such as home equity loans   5. $    0.00

Official Form 106J                    Schedule J: Your Expenses                    page 1

Debtor 1 ARELIS MILAGROS RIVERA BARBOSA         Case number (if known) 19-03597

6. Utilities:
   - 6a. Electricity, heat, natural gas — 6a. $ 175.00
   - 6b. Water, sewer, garbage collection — 6b. $ 130.00
   - 6c. Telephone, cell phone, Internet, satellite, and cable services — 6c. $ 185.00
   - 6d. Other. Specify: — 6d. $ 0.00
7. Food and housekeeping supplies — 7. $ 650.00
8. Childcare and children's education costs — 8. $ 0.00
9. Clothing, laundry, and dry cleaning — 9. $ 120.00
10. Personal care products and services — 10. $ 80.00
11. Medical and dental expenses — 11. $ 200.00
12. Transportation. Include gas, maintenance, bus or train fare. Do not include car payments. — 12. $ 180.00
13. Entertainment, clubs, recreation, newspapers, magazines, and books — 13. $ 120.00
14. Charitable contributions and religious donations — 14. $ 0.00
15. Insurance. Do not include insurance deducted from your pay or included in lines 4 or 20.
    - 15a. Life insurance — 15a. $ 0.00
    - 15b. Health insurance — 15b. $ 0.00
    - 15c. Vehicle insurance — 15c. $ 0.00
    - 15d. Other insurance. Specify: — 15d. $ 0.00
16. Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: — 16. $ 0.00
17. Installment or lease payments:
    - 17a. Car payments for Vehicle 1 — 17a. $ 0.00
    - 17b. Car payments for Vehicle 2 — 17b. $ 0.00
    - 17c. Other. Specify: — 17c. $ 0.00
    - 17d. Other. Specify: — 17d. $ 0.00
18. Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I). — 18. $ 0.00
19. Other payments you make to support others who do not live with you. Specify: — 19. $ 0.00
20. Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.
    - 20a. Mortgages on other property — 20a. $ 0.00
    - 20b. Real estate taxes — 20b. $ 0.00
    - 20c. Property, homeowner's, or renter's insurance — 20c. $ 0.00
    - 20d. Maintenance, repair, and upkeep expenses — 20d. $ 0.00
    - 20e. Homeowner's association or condominium dues — 20e. $ 0.00
21. Other: Specify:
    - LUNCH AT WORK — 21. +$ 180.00
    - PROVISION FOR TAXES — +$ 250.00
    - TOLLS — +$ 80.00
    - UNIVERSITY EXPENSES — +$ 250.00
    - PARKING — +$ 60.00
22. Calculate your monthly expenses
    - 22a. Add lines 4 through 21. — $ 3,608.00
    - 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 — $
    - 22c. Add line 22a and 22b. The result is your monthly expenses. — $ 3,608.00
23. Calculate your monthly net income.
    - 23a. Copy line 12 (your combined monthly income) from Schedule I. — 23a. $ 3,808.72
    - 23b. Copy your monthly expenses from line 22c above. — 23b. -$ 3,608.00
    - 23c. Subtract your monthly expenses from your monthly income. The result is your monthly net income. — 23c. $ 200.72

24. Do you expect an increase or decrease in your expenses within the year after you file this form?
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?
    
    ■ No.
    ☐ Yes.   Explain here:

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | ARELIS | MILAGROS | RIVERA BARBOSA |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO | | |
| Case number (if known) | 19-03597 | | |

☐ Check if this is an amended filing

## Official Form 106Dec
## Declaration About an Individual Debtor's Schedules   12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X  /s/ ARELIS MILAGROS RIVERA BARBOSA
   ARELIS MILAGROS RIVERA BARBOSA
   Signature of Debtor 1

X  _____
   Signature of Debtor 2

Date  July 24, 2019

Date  _____

```
oel Matrix for local noticing         COOP A/C JESUS OBRERO              COOPACA
04-3                                  PMB 159 HC 01 BOX 29030            CALL BOX 1056
se 19-03597-ESL13                     CAGUAS, PR 00726-4900              ARECIBO, PR 00613-1056
strict of Puerto Rico
d San Juan
d Jul 24 17:43:44 AST 2019

LIABLE AUTO A DIVISION OF POPULAR AUTO LLC    US Bankruptcy Court District of P.R.    ASOC RESIDENTES DE HORIZONTES, INC.
 BOX 21382                            Jose V Toledo Fed Bldg & US Courthouse          CALLE AURORA 176
N JUAN, PR 00928-1382                 300 Recinto Sur Street, Room 109                Gurabo, PR 00778-4047
                                      San Juan, PR 00901-1964


OCIACION EMPLEADOS DE GOBIERNO        BANCO POPULAR DE PUERTO RICO        BANCO POPULAR DE PUERTO RICO
 BOX 364508                           PO BOX 11917                        PO BOX 3228
N JUAN, PR 00936-4508                 SAN JUAN, PR 00922-1917             SAN JUAN, PR 00936


RDONA & JIMENEZ LAW OFFICES           CARRIBEAN ALLIANCE INSURANCE COMPANY   CLARO
 BOX 9023593                          PO BOX 71338                           PO BOX 70367
N JUAN, PR 00902-3593                 San Juan, PR 00936-8438                SAN JUAN, PR 00936-8367


PARTAMENTO DE HACIENDA DE PR          DEPTO TRANSPORTACION Y OBRAS PUBLICAS   FIRST BANK OF PUERTO RICO
NKRUPTCY DEPARTMENT                   SERVICIOS AL CONDUCTOR                  BANKRUPTCY DEPARTMENT
 BOX 9024140                          PO BOX 41243 MINILLAS STATION           PO BOX 9146
N JUAN, PR 00902-4140                 SAN JUAN, PR 00940-1243                 SAN JUAN, PR 00908-0146


DO. OSVALDO L RODRIGUEZ FERNANDEZ     MIDLAND CREDIT MANAGEMENT, INC.     MONARCH RECOVERY MANAGEMENT, INC.
 BOX 71418                            PO BOX 60578                        PO BOX 16119
N JUAN, PR 00936-8518                 LOS ANGELES, CA 90060-0578          Philadelphia, PA 19114-0119


NTAGON FCU                            POPULAR AUTO                        PR TELEPHONE CO
 BOX 456                              BANKRUPTCY DEPARTMENT               PO BOX 70367
EXANDRIA, VA 22313-0456               PO BOX 366818                       SAN JUAN, PR 00936-8367
                                      SAN JUAN, PR 00936-6818


ERTO RICO CONSUMER DEBT MANAGMENTM CO,   RELIABLE AUTO, A DIVISION OF POPULAR AUTO LL    SYNCB / JC PENNEY
 BOX 363387                              PO BOX 21382                                    PO BOX 965007
N JUAN, PR 00936-3387                    SAN JUAN, PR  00928-1382                        ORLANDO, FL 32896-5007


nchrony Bank                          THE HOME DEPOT / CBNA               ALEJANDRO OLIVERAS RIVERA
o of PRA Receivables Management, LLC  PO BOX 6497                         ALEJANDRO OLIVERAS CHAPTER 13 TRUS
 Box 41021                            SIOUX FALLS, SD 57117-6497          PO BOX 9024062
rfolk, VA 23541-1021                                                      SAN JUAN, PR 00902-4062


ELIS MILAGROS RIVERA BARBOSA          MONSITA LECAROZ ARRIBAS             VICTOR THOMAS SANTIAGO
ND LOS PINOS APT 208                  OFFICE OF THE US TRUSTEE (UST)      127 DE DIEGO AVE APT 1-A
K 118                                 OCHOA BUILDING                      SAN JUAN, PR 00911-1909
GUAS, PR 00725-1814                   500 TANCA STREET  SUITE 301
                                      SAN JUAN, PR 00901
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

)COOP A/C JESUS OBRERO
B 159 HC 01 BOX 29030
GUAS, PR 00726-4900

(d)COOPACA
CALL BOX 1056
ARECIBO, PR 00613-1056

End of Label Matrix
Mailable recipients   29
Bypassed recipients    2
Total                 31