UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>ARELIS M. RIVERA BARBOSA<br><br>DEBTOR(S) | CASE NO.: 19-03597-ESL<br><br>CHAPTER.: 13 |

### AMENDED SCHEDULE A/B

TO THE HONORABLE COURT:

**COME NOW,** Debtor represented by the undersigned attorney and respectfully informs the filing of the following amendment:

AMENDED SCHEDULE A/B :

**I HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF Filing System which will send a notification, upon information and belief, of such filing to the followings:

CHAPTER 7 TRUSTEE AND THE UNITED STATES TRUSTEE

We also hereby certify that this same date we have mailed by United States Postal Service the document to all creditors and parties in interest as per attached master address list.

**RESPECTFULLY SUBMITTED.**

In San Juan Puerto Rico, this 6TH day of August of 2019.

/S/Victor C. Thomas Santiago
USDC PR 209807
127 De Diego Avenue
Cond. Vallecillo Apt. 1-A
San Juan, Puerto Rico 00911
Tel. (787) 722-5601
Fax (787) 724-6366
e-mail:vthomas@thomasmag.com

**Fill in this information to identify your case and this filing:**

Debtor 1: ARELIS MILAGROS RIVERA BARBOSA
(First Name / Middle Name / Last Name)

Debtor 2: _____
(Spouse, if filing) (First Name / Middle Name / Last Name)

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO

Case number: 19-03597

☐ Check if this is an amended filing

## Official Form 106A/B
## Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☒ No. Go to Part 2.
☐ Yes. Where is the property?

**Part 2: Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☒ Yes

3.1 Make: JEEP
Model: WRANGLER
Year: 2014
Approximate mileage: _____
Other information: PAID BY THIRD

Who has an interest in the property? Check one
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Current value of the entire property? $5,000.00
Current value of the portion you own? $5,000.00

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☒ No
☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here...........=> **$5,000.00**

**Part 3: Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

---

Official Form 106A/B — Schedule A/B: Property — page 1

Debtor 1  ARELIS MILAGROS RIVERA BARBOSA    Case number *(if known)*  19-03597

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

   | TV, FURNITURE | $3,500.00 |

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ■ No
   ☐ Yes. Describe.....

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

    | CLOTHES | $500.00 |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes. Describe.....

    | JEWERLY | $250.00 |

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes. Describe.....

14. Any other personal and household items you did not already list, including any health aids you did not list
    ■ No
    ☐ Yes. Give specific information.....

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ..................................................................... **$4,250.00**

**Part 4:** Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?    Current value of the portion you own?
Do not deduct secured

Official Form 106A/B    Schedule A/B: Property    page 2
Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1 ARELIS MILAGROS RIVERA BARBOSA  Case number (if known) 19-03597

claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ■ No
    ☐ Yes..............

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes.......... Institution name:

    17.1.  PENFED BANK ACC                                                $0.00

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes.............. Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ■ No
    ☐ Yes. Give specific information about them...........
    Name of entity:                                    % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
    Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.
    Type of account:              Institution name:
                                  ADMINISTRACION DE LOS SISTEMAS DE
                                  RETIRO FUNDS                            $136,097.00

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. ............. Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes............. Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes............. Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes. Give specific information about them...

Official Form 106A/B                      Schedule A/B: Property                                              page 3
Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                 Best Case Bankruptcy

Debtor 1  ARELIS MILAGROS RIVERA BARBOSA                    Case number *(if known)*  19-03597

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes. Give specific information about them...

**Money or property owed to you?**                                                          **Current value of the portion you own?** Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes. Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.
    Company name:                    Beneficiary:                    Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes. Give specific information..

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................................................  $136,097.00

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

Official Form 106A/B                    Schedule A/B: Property                    page 4
Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1  ARELIS MILAGROS RIVERA BARBOSA                              Case number *(if known)*  19-03597

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes. Go to line 38.

### Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes. Go to line 47.

### Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .....................................  $0.00

### Part 8: List the Totals of Each Part of this Form

| | | |
|---|---:|---:|
| 55. Part 1: Total real estate, line 2 ................................................................................................... | | $0.00 |
| 56. Part 2: Total vehicles, line 5 | $5,000.00 | |
| 57. Part 3: Total personal and household items, line 15 | $4,250.00 | |
| 58. Part 4: Total financial assets, line 36 | $136,097.00 | |
| 59. Part 5: Total business-related property, line 45 | $0.00 | |
| 60. Part 6: Total farm- and fishing-related property, line 52 | $0.00 | |
| 61. Part 7: Total other property not listed, line 54           + | $0.00 | |
| 62. **Total personal property.** Add lines 56 through 61... | $145,347.00 | Copy personal property total  $145,347.00 |
| 63. **Total of all property on Schedule A/B.** Add line 55 + line 62 | | $145,347.00 |

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | ARELIS MILAGROS RIVERA BARBOSA | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 (Spouse if, filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO | |
| Case number (if known) | 19-03597 | ☐ Check if this is an amended filing |

Official Form 106Dec
## Declaration About an Individual Debtor's Schedules          12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X  /s/ ARELIS MILAGROS RIVERA BARBOSA      X  _____
   ARELIS MILAGROS RIVERA BARBOSA              Signature of Debtor 2
   Signature of Debtor 1

Date   August 6, 2019                          Date  _____

Official Form 106Dec          Declaration About an Individual Debtor's Schedules                    Best Case Bankruptcy
Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

bel Matrix for local noticing
04-3
se 19-03597-ESL13
strict of Puerto Rico
d San Juan
e Aug 6 14:50:53 AST 2019

LIABLE AUTO A DIVISION OF POPULAR AUTO LLC
BOX 21382
N JUAN, PR 00928-1382

COOP A/C JESUS OBRERO
PMB 159 HC 01 BOX 29030
CAGUAS, PR 00726-4900

US Bankruptcy Court District of P.R.
Jose V Toledo Fed Bldg & US Courthouse
300 Recinto Sur Street, Room 109
San Juan, PR 00901-1964

COOPACA
CALL BOX 1056
ARECIBO, PR 00613-1056

ASOC RESIDENTES DE HORIZONTES, INC.
CALLE AURORA 176
Gurabo, PR 00778-4047

OCIACION EMPLEADOS DE ELA
BOX 364508
N JUAN, PR 00936-4508

BANCO POPULAR DE PUERTO RICO
PO BOX 11917
SAN JUAN, PR 00922-1917

BANCO POPULAR DE PUERTO RICO
PO BOX 3228
SAN JUAN, PR 00936

RDONA & JIMENEZ LAW OFFICES
BOX 9023593
N JUAN, PR 00902-3593

CARRIBEAN ALLIANCE INSURANCE COMPANY
PO BOX 71338
San Juan, PR 00936-8438

CLARO
PO BOX 70367
SAN JUAN, PR 00936-8367

PARTAMENTO DE HACIENDA DE PR
NKRUPTCY DEPARTMENT
BOX 9024140
N JUAN, PR 00902-4140

DEPTO TRANSPORTACION Y OBRAS PUBLICAS
SERVICIOS AL CONDUCTOR
PO BOX 41243 MINILLAS STATION
SAN JUAN, PR 00940-1243

FIRST BANK OF PUERTO RICO
BANKRUPTCY DEPARTMENT
PO BOX 9146
SAN JUAN, PR 00908-0146

)JEFFERSON CAPITAL SYSTEMS LLC
BOX 7999
INT CLOUD MN 56302-7999

LCDO. OSVALDO L RODRIGUEZ FERNANDEZ
PO BOX 71418
SAN JUAN, PR 00936-8518

MIDLAND CREDIT MANAGEMENT, INC.
PO BOX 60578
LOS ANGELES, CA 90060-0578

NARCH RECOVERY MANAGEMENT, INC.
BOX 16119
iladelphia, PA 19114-0119

PENTAGON FCU
PO BOX 456
ALEXANDRIA, VA 22313-0456

POPULAR AUTO
BANKRUPTCY DEPARTMENT
PO BOX 366818
SAN JUAN, PR 00936-6818

TELEPHONE CO
BOX 70367
N JUAN, PR 00936-8367

PUERTO RICO CONSUMER DEBT MANAGMENTM CO,
PO BOX 363387
SAN JUAN, PR 00936-3387

RELIABLE AUTO, A DIVISION OF POPULAR AUTO
PO BOX 21382
SAN JUAN, PR 00928-1382

NCB / JC PENNEY
BOX 965007
LANDO, FL 32896-5007

Synchrony Bank
c/o of PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

THE HOME DEPOT / CBNA
PO BOX 6497
SIOUX FALLS, SD 57117-6497

EJANDRO OLIVERAS RIVERA
EJANDRO OLIVERAS CHAPTER 13 TRUS
BOX 9024062
N JUAN, PR 00902-4062

ARELIS MILAGROS RIVERA BARBOSA
COND LOS PINOS APT 208
BOX 118
CAGUAS, PR 00725-1814

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET SUITE 301
SAN JUAN, PR 00901

```
CTOR THOMAS SANTIAGO
7 DE DIEGO AVE APT 1-A
N JUAN, PR 00911-1909
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
fferson Capital Systems LLC
 Box 7999
int Cloud Mn 56302-9617
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
)COOP A/C JESUS OBRERO            (d)COOPACA                      End of Label Matrix
B 159 HC 01 BOX 29030                 CALL BOX 1056                Mailable recipients   30
GUAS, PR 00726-4900                   ARECIBO, PR 00613-1056       Bypassed recipients    2
                                                                   Total                 32
```