UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:

**ARELIS M. RIVERA BARBOSA**

DEBTOR(S)

CASE NO. **19-03397-ESL**
CHAPTER. **13**

## NOTICE OF FILING AMENDED SCHEDULE C

**TO THE HONORABLE COURT:**

**COME NOW,** Debtor represented by the undersigned attorney and respectfully informs the filing of the following amendment:

**AMENDED SCHEDULE C – PROPERTY CLAIMED AS EXEMPT**

Debtor also informs that the purpose of the amendment is to:
AMEND EXEMPTIONS

**WHEREFORE,** Debtor respectfully request that this Honorable Court take notice of the before stated.

**We HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF Filing System which will send a notification, upon information and belief, of such filing to the followings: CHAPTER 7 TRUSTEE AND THE UNITED STATES TRUSTEE. We also hereby certify that this same date we have mailed by United States Postal Service the document to all creditors and parties in interest as per attached master address list.

**RESPECTFULLY SUBMITTED.**

In San Juan Puerto Rico, this 6TH day of August of 2019.

/S/Victor C. Thomas Santiago
USDC PR 209807
127 De Diego Avenue
Cond. Vallecillo Apt. 1-A
San Juan, Puerto Rico 00911
Tel. (787) 722-5601
Fax (787) 724-6366
e-mail: vthomas@thomasmag.com

Fill in this information to identify your case:

Debtor 1: ARELIS MILAGROS RIVERA BARBOSA

Debtor 2 (Spouse if, filing):

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO

Case number (if known): 19-03597

☐ Check if this is an amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt        4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. Which set of exemptions are you claiming? *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☒ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **TV, FURNITURE**<br>Line from *Schedule A/B*: **6.1** | $3,500.00 | ☒ $3,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **CLOTHES**<br>Line from *Schedule A/B*: **11.1** | $500.00 | ☒ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **JEWERLY**<br>Line from *Schedule A/B*: **12.1** | $250.00 | ☒ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4) |
| **ADMINISTRACION DE LOS SISTEMAS DE RETIRO FUNDS**<br>Line from *Schedule A/B*: **21.1** | $136,097.00 | ☒ $136,097.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(12) |

3. Are you claiming a homestead exemption of more than $170,350?
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☒ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

Official Form 106C                    Schedule C: The Property You Claim as Exempt                    page 1 of 2

Debtor 1   **ARELIS MILAGROS RIVERA BARBOSA**   Case number (if known)   **19-03597**

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | ARELIS MILAGROS RIVERA BARBOSA | |
| | First Name / Middle Name / Last Name | |
| Debtor 2 (Spouse if, filing) | First Name / Middle Name / Last Name | |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO | |
| Case number (if known) | 19-03597 | ☐ Check if this is an amended filing |

Official Form 106Dec
## Declaration About an Individual Debtor's Schedules
12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ ARELIS MILAGROS RIVERA BARBOSA
ARELIS MILAGROS RIVERA BARBOSA
Signature of Debtor 1

X _____
Signature of Debtor 2

Date August 6, 2019

Date _____

```
bel Matrix for local noticing          COOP A/C JESUS OBRERO                  COOPACA
04-3                                    PMB 159 HC 01 BOX 29030                CALL BOX 1056
se 19-03597-ESL13                       CAGUAS, PR 00726-4900                  ARECIBO, PR 00613-1056
strict of Puerto Rico
d San Juan
e Aug  6 14:50:53 AST 2019

LIABLE AUTO A DIVISION OF POPULAR AUTO LLC   US Bankruptcy Court District of P.R.   ASOC RESIDENTES DE HORIZONTES, INC.
 BOX 21382                              Jose V Toledo Fed Bldg & US Courthouse  CALLE AURORA 176
N JUAN, PR 00928-1382                   300 Recinto Sur Street, Room 109        Gurabo, PR 00778-4047
                                        San Juan, PR 00901-1964


OCIACION EMPLEADOS DE ELA               BANCO POPULAR DE PUERTO RICO            BANCO POPULAR DE PUERTO RICO
 BOX 364508                             PO BOX 11917                            PO BOX 3228
N JUAN, PR 00936-4508                   SAN JUAN, PR 00922-1917                 SAN JUAN, PR 00936



RDONA & JIMENEZ LAW OFFICES             CARRIBEAN ALLIANCE INSURANCE COMPANY    CLARO
 BOX 9023593                            PO BOX 71338                            PO BOX 70367
N JUAN, PR 00902-3593                   San Juan, PR 00936-8438                 SAN JUAN, PR 00936-8367



PARTAMENTO DE HACIENDA DE PR            DEPTO TRANSPORTACION Y OBRAS PUBLICAS   FIRST BANK OF PUERTO RICO
NKRUPTCY DEPARTMENT                     SERVICIOS AL CONDUCTOR                  BANKRUPTCY DEPARTMENT
 BOX 9024140                            PO BOX 41243 MINILLAS STATION           PO BOX 9146
N JUAN, PR 00902-4140                   SAN JUAN, PR 00940-1243                 SAN JUAN, PR 00908-0146



)JEFFERSON CAPITAL SYSTEMS LLC          LCDO. OSVALDO L RODRIGUEZ FERNANDEZ    MIDLAND CREDIT MANAGEMENT, INC.
 BOX 7999                               PO BOX 71418                            PO BOX 60578
INT CLOUD MN 56302-7999                 SAN JUAN, PR 00936-8518                 LOS ANGELES, CA 90060-0578



NARCH RECOVERY MANAGEMENT, INC.         PENTAGON FCU                            POPULAR AUTO
 BOX 16119                              PO BOX 456                              BANKRUPTCY DEPARTMENT
iladelphia, PA 19114-0119               ALEXANDRIA, VA 22313-0456               PO BOX 366818
                                                                                SAN JUAN, PR 00936-6818



 TELEPHONE CO                           PUERTO RICO CONSUMER DEBT MANAGMENTM CO, RELIABLE AUTO, A DIVISION OF POPULAR AUTO
 BOX 70367                              PO BOX 363387                           PO BOX 21382
N JUAN, PR 00936-8367                   SAN JUAN, PR 00936-3387                 SAN JUAN, PR  00928-1382



NCB / JC PENNEY                         Synchrony Bank                          THE HOME DEPOT / CBNA
 BOX 965007                             c/o of PRA Receivables Management, LLC  PO BOX 6497
LANDO, FL 32896-5007                    PO Box 41021                            SIOUX FALLS, SD 57117-6497
                                        Norfolk, VA 23541-1021



EJANDRO OLIVERAS RIVERA                 ARELIS MILAGROS RIVERA BARBOSA          MONSITA LECAROZ ARRIBAS
EJANDRO OLIVERAS CHAPTER 13 TRUS        COND LOS PINOS APT 208                  OFFICE OF THE US TRUSTEE (UST)
 BOX 9024062                            BOX 118                                 OCHOA BUILDING
N JUAN, PR 00902-4062                   CAGUAS, PR 00725-1814                   500 TANCA STREET  SUITE 301
                                                                                SAN JUAN, PR 00901
```

CTOR THOMAS SANTIAGO
7 DE DIEGO AVE APT 1-A
N JUAN, PR 00911-1909

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

fferson Capital Systems LLC
 Box 7999
int Cloud Mn 56302-9617

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

)COOP A/C JESUS OBRERO
B 159 HC 01 BOX 29030
GUAS, PR 00726-4900

(d)COOPACA
CALL BOX 1056
ARECIBO, PR 00613-1056

End of Label Matrix
Mailable recipients    30
Bypassed recipients     2
Total                  32